UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JAMIE MICCIO,

    Plaintiff,

v.

CONAGRA FOODS, INC. and/or
SIMONIZ USA, INC. and/or
EPIC INDUSTRIES, INC. and/or
KECK'S FOOD SERVICE, INC.

    Defendants.

RULE 26(f) DISCOVERY PLAN

Civ. No. 6:61-cv-06140

The parties in the above-captioned action, by their undersigned counsel, submit the following as their Proposed Discovery Plan:

1. The parties have not consented to Magistrate Judge jurisdiction in this action.

2. Mandatory disclosure pursuant to F.R.Civ.P. Rule 26(a)(1) shall be completed on or before July 31, 2016.

3. All motions to amend pleadings or add parties shall be filed on or before September 15, 2016.

4. All factual discovery, including depositions, shall be completed on or before March 15, 2017.

5. Plaintiff shall identify any expert witnesses through interrogatories and provide reports pursuant to F.R.Civ.P. Rule 26 by April 30, 2017. Defendants shall identify any expert witnesses through interrogatories and provide reports pursuant to F.R.Civ.P. Rule 26 by June 30, 2017. Expert witness discovery, including depositions, shall be completed on or before August 30, 2017.

6. The deadline for filing of motions to compel discovery shall be completed on or before August 30, 2017.

7. The parties must file any Rule 26(c) motions on or before November 30, 2016.

8. The parties, at this time, do not contemplate any changes in the limitations in F.R.Civ.P. Rules 30(d)(2) or 33(a).

9. No electronic discovery problems are foreseen at this time.

10. Dispositive motions if any, shall be filed on or before October 30, 2017.

11. The parties request that a status/settlement conference with this Court by held in late December 2017.

12. A jury trial is requested. Trial is anticipated to take seven (7) days.

13. A photocopied, electronic, facsimile, or digital signature on this document has the same full force and effect as if it were an original signature.

Respectfully submitted,

Dated: May 26, 2016

_____
ANNA CZARPLES, ESQ.
Attorney for Plaintiff

Dated: May 26, 2016

_____
TODD R. MICHAELIS, ESQ.
Attorney for ConAgra Foods, Inc.

Dated: May ____, 2016

_____
KEVIN J. KRUPPA, ESQ.
Attorney for Simoniz USA, Inc.

Dated: May ____, 2016

_____
RICHARD POVEROMO, ESQ.
Attorney for Keck's Food Service Inc.

6. The deadline for filing of motions to compel discovery shall be completed on or before August 30, 2017.

7. The parties must file any Rule 26(c) motions on or before November 30, 2016.

8. The parties, at this time, do not contemplate any changes in the limitations in F.R.Civ.P. Rules 30(d)(2) or 33(a).

9. No electronic discovery problems are foreseen at this time.

10. Dispositive motions if any, shall be filed on or before October 30, 2017.

11. The parties request that a status/settlement conference with this Court by held in late December 2017.

12. A jury trial is requested. Trial is anticipated to take seven (7) days.

13. A photocopied, electronic, facsimile, or digital signature on this document has the same full force and effect as if it were an original signature.

Respectfully submitted,

Dated: May 26, 2016

ANNA CZARPLES, ESQ.
Attorney for Plaintiff

Dated: May ____, 2016

TODD R. MICHAELIS, ESQ.
Attorney for ConAgra Foods, Inc.

Dated: May 26, 2016

KEVIN J. KRUPPA, ESQ.
Attorney for Simoniz USA, Inc.

Dated: May ____, 2016

RICHARD POVEROMO, ESQ.
Attorney for Keck's Food Service Inc.