UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JAMIE MICCIO,

        Plaintiff,

v.

CONAGRA FOODS, INC. and/or
SIMONIZ USA, INC. and/or
EPIC INDUSTRIES, INC. and/or
KECK'S FOOD SERVICE, INC.

        Defendants.

**DEFENDANT'S
RULE 26(a)(1) INITIAL
DISCLOSURES**

**Index No. 6:61-cv-06140**

Pursuant to FRCP Rule 26(a)(1) and the Local Rules of the Western District of New York, Defendant, KECK'S FOOD SERVICE, INC., by and through their attorney, provides the following disclosure pursuant to the Pretrial Scheduling Order and the applicable Federal and Local Rules:

A.    Individuals with discoverable information:

    1.    Brian Keck, President-CEO
        Keck's Food Service, Inc.
        2796 Route 328
        Millerton, PA 16936
        1-570-537-2515 ext. 212

    2.    Don Pettitt, Regional Manager- Keck's Food Service, Inc.

    3.    Brian Moser, Sales representative for Keck's Food Service, Inc.

    4.    Dennis Joy, Operations Manager-Janitorial Division
        Simoniz USA, Inc.
        800-227-5536 ext. 112

    5.    Sam Levine, Management Level Contact at Simoniz

    6.    Linda, Aunt of Sisters Restaurant owners
        (first person to convey the aerosol pan release was laid directly under the flat
        top)

7.      Julie Trudeau, Owner of Sisters Family Restaurant
484 Waverly Street
Waverly, NY 14892
609-206-4274

8.      Tammi Blow, Owner of Sisters Family Restaurant
33 Finch Street
Lowman, NY
607-857-2304

9.      Jaime Miccio
380 Sturdevant Road
Gillett, PA 16925

10.      Representative from ConAgra Foods, Inc.

11.      Responding emergency personnel and fire investigation teams

12.      Those individuals identified by the other parties

The defendant also anticipates calling various medical providers listed in plaintiff's disclosure as well as any other independent medical evaluators retained to evaluate the plaintiff. Defendant reserves the right to call any other individuals that may be revealed throughout the course of discovery up to and including the time of trial.

B.      Copies of Documents:

1.      Photographs of the Swell EP-1312 can label

2.      Photographs of box containing swell aerosol food release cans

3.      Photographs of the flat grill area

4.      Tioga County Fire Investigation Team Incident Report.

5.      Tioga County Fire Investigation Team Fire Investigation Results.

6.      Epic Industries' Invoices dated 6/18/2014, 6/20/2014, 7/8/2014, and 7/18/2014.

7.      Invoice for Sisters Restaurant for Kecks Oil Release Food Spray dated 7/3/2014.

8.      Keck's Food Service aerosol spray sales.

9.      Material Safety Data Sheet for Keck's Food Release.

Other than the documents previously provided to defendant by plaintiff's counsel, defendant is not in possession of any other documentation at this time.

C.      Computation of Damages:      Not applicable to defendant.

D.      Copy of Insurance Agreement:

A copy of defendant's applicable insurance agreement is available for review at the Law Offices of Destin C. Santacrose upon request. Defendant would state that, at the time of this accident, it had in effect a policy of insurance with The Netherlands Insurance Company, Policy No. CBP 8202574 , with policy limits of $1,000,000 per occurrence and $2,000,000 aggregate. Defendant also had in effect an umbrella policy with Peerless Insurance Company, Policy No. CU 8205979 with a $10,000,000 policy limit. Additionally, Defendant had in effect an excess policy with The Ohio Casualty Insurance Company, Policy No. ECO (14) 53768021 with a $15,000,000 policy limit.

Defendant expressly reserves the right under Fed. R. Civ. P. or pursuant to Court Order to amend and supplement their Rule 26(a)(1) disclosures through the close of discovery and up to and including the time of trial in this action.

**DATED:**      Buffalo, New York
September 8, 2016



_____
Richard S. Poveromo, Esq.
LAW OFFICES OF DESTIN C. SANTACROSE
Attorneys for Defendant
KECK'S FOOD SERVICE, INC.
The Electric Tower- Suite 403
535 Washington Street
Buffalo, New York 14203
Telephone: (716) 852-6923
Email: Richard.poveromo@libertymutual.com

TO:     Anna Czarples, Esq.
        Attorneys for Plaintiff
        8 Denison Parkway E, Suite 203
        Corning, New York 14830
        Phone: 607-936-8057
        Email: anna@jakewelch.com

        Kevin Kruppa, Esq.
        Attorneys for Simoniz USA
        Rupp Baase
        1600 Liberty Building
        424 Main Street
        Buffalo, New York 14202
        Email: kruppa@ruppbaase.com

        Todd Michaelis, Esq.
        Attorneys for Conagra Foods, Inc.
        Carmody, Torance, Sandak, Hennessey, LLP
        Phone: 203-573-1200
        Email: tmichaelis@carmodylaw.com

1

## Nutrition Facts

Serving Size 1/3 sec. spray (0.25g)
Servings Per Container about 266

| Amount Per Serving | |
|---|---|
| Calorie 0 Calories from fat 0 |  |

| | % Daily Value* |
|---|---|
| **Total Fat** 0g | 0% |
| Saturated Fat 0g | 0% |
| Cholesterol 0mg | 0% |
| Sodium 0mg | 0% |
| **Total Carbohydrate** 0g | 0% |
| Protein 0g | |

Not a significant source of dietary fiber, sugars, vitamin A, vitamin C, calcium, and iron.

*Percent Daily Values are based on a 2,000 calorie diet.

**INGREDIENTS:** Soybean Oil, Soy Lecithin and Propellant.
Contains: Soy

- STOPS FOOD FROM STICKING TO COOKING SURFACES
- MAKES CLEAN-UP EASY
- ADDS NO FLAVOR
- ALL NATURAL - PURE VEGETABLE
- ECONOMICAL TO USE
- CONTAINS NO WATER

DISTRIBUTED BY
KECK'S FOODS SERVICE
Route 326
Millerton, PA 16936
Phone: 800-245-2323



# Keck's

*Premium*
*Food Release*
*Spray*

ROCIO DE SOLTAR COMIDA

**STOPS STICKING**
**QUICK EASY CLEAN-UP**
**AIDS DOUGH SPREADING**
**NATURAL**


NO CFCs

**CAUTION: FLAMMABLE SPRAY**
**CONTENTS UNDER PRESSURE.**
**READ BACK PANEL CAREFULLY.**

NET WT. 16 OZ.
(1 LB.) 453g

**Keck's Food Release** contains a blend of pure vegetable oils and high grade lecithin (the key ingredient in food release). Lecithin, a refinement of soybean oil, adheres to pan surfaces when twisted and forms a clear smooth, protective coating which prevents food from sticking.

The most versatile Release formula made. It contains no smell, no color, no taste. Water is used as a carrier which flashes off immediately after misting the can - leaving a rich thick coating of lecithin.

**DIRECTIONS:**
(1) Purse can and align arrow on button with dot on rim. (2) Hold can about 10" from surface to be sprayed. and away from heat source, sparks or flame. (3) Spray a light coating over entire area to be used. Do not overspray. (4) For best results heat pan before adding food. Avoid excessive heat and do not refrigerate can. Note: Can sprays best at room temperature 68°-75°F.

**WARNING:** Do not spray near open flame or heat source. Use only as directed. Never spray directly into oven. Remove broiler pan from oven before spraying pan. Never leave can on stove or near source of heat. Store below 120°F. Although container is intended to vent pressure at a controlled rate, through vents in top rim if overheated, exposure to sudden high temperatures may cause violent bursting. Contents under pressure. Do not puncture or incinerate. Keep out of the reach of children. Do not spray in or near eyes. Use in adequate ventilation. Intentional misuse by deliberately concentrating and inhaling the contents can be harmful or fatal.

Shake Well • Point Arrow Towards Do..

Food Release Spray

## Nutrition Facts

Serving Size 1/3 sec. spray (0.25g)
Servings Per Container about 1467

**Amount Per Serving**

| Calories 0 | Calories from Fat 0 |
|---|---|

| | % Daily Value* |
|---|---|
| **Total Fat** 0g | 0% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 0mg | 0% |
| **Total Carbohydrate** 0g | 0% |
| **Protein** 0g | |

Not a significant source of dietary fiber,
sugars, vitamin A, vitamin C, calcium
and iron.

*Percent Daily Values are based on a
2,000 calorie diet.

### INGREDIENTS:
SOYBEAN OIL,
SOY LECITHIN, PROPELLANT.
CONTAINS: SOY.

- STOPS FOOD FROM STICKING TO COOKING SURFACES
- MAKES CLEAN-UP EASY
- ADDS NO FLAVOR
- ALL NATURAL VEGETABLE OIL
- ECONOMICAL TO USE
- CONTAINS NO WATER

810039564

DOT 2Q  M5748  DSC

Shake Well • Point Arrow Towards Use

**Sud.** Food Release Spray helps prevent food from sticking to all types of surfaces and makes clean-up quick and easy. It contains no preservatives or artificial ingredients. The wide spray pattern provides for a rapid application without bare spots.

**Sud.** Food Release Spray saves you time and money!

**Directions for Use:**
Do not use near stoves, oven, sparks or flames. Hold can about 10 inches away from surface to be coated and spray a light coating over entire surface. DO NOT overspray. Use adequate ventilation. Can sprays best at room temperature of 68°-75°F.

WARNING: FLAMMABLE SPRAY. DO NOT SPRAY ON HEATED SURFACES OR NEAR OPEN FLAME. NEVER SPRAY DIRECTLY INTO OVEN. REMOVE BROILER PANS FROM OVEN BEFORE SPRAYING. CAN MAY BURST IF LEFT ON STOVE OR HEAT SOURCE. AVOID SPRAYING IN EYES. USE IN ADEQUATE VENTILATION. USE ONLY AS DIRECTED. CONTENTS UNDER PRESSURE. DO NOT PUNCTURE OR INCINERATE. DO NOT STORE ABOVE 120°F. KEEP OUT OF REACH OF CHILDREN. INTENTIONAL MISUSE BY DELIBERATELY CONCENTRATING AND INHALING THE CONTENTS CAN BE HARMFUL OR FATAL. FOR MORE EDUCATION ABOUT PRODUCT ABUSE, CONTACT THE ALLIANCE FOR CONSUMER EDUCATION AT WWW.INHALANT.ORG

**Sud.**

2





**Y**

UN 1950
Aerosols
(Contains Isobutane)
Limited Quantity

Division 2.1
Inside Containers
Comply With
Prescribed Regulations
Level 3 Aerosol



THIS SIDE UP
AEROSOL CANS
KEEP FROM EXTREME
HEAT OR COLD
STORE BELOW 120°F

LEVEL 3 AEROSOL
STOCK NO
84349 01323

2

6/16 oz SWELL
FOOD RELEASE

5401314800L215:08
BEST BY MAY1815

Dist By: EPIC INDUSTRIES
1007 JERSEY AVE.
NEW BRUNSWICK, NJ
08901 U.S.A

Aerosols, (contains Isobutane) Limited Quantity





THIS SIDE UP
AEROSOL CANS
KEEP FROM EXTREME
HEAT OR COLD
STORE BELOW 120°F

6/16 oz SWELL
FOOD RELEASE

5401314800L215-08
BEST BY MAY1815

LEVEL 3 AEROSOL
STOCK NO
84349 01323

2

Dist By: EPIC INDUSTRIES
1007 JERSEY AVE.
NEW BRUNSWICK, NJ
08901U.S.A

Aerosols, (contains Isobutane) Limited Quantity

3





4

# TIOGA COUNTY FIRE INVESTIGATION TEAM
## Structure Fire Investigation

### RESPONSE AND DUTY LOG

Incident Number: 023937 /9    Date: 7-75 /9

### TIME DATA:

Completed: 11 50    Returning: 22 40

Alarm: 25 47    Activated: 07 11    En route: 02 05    Arrived: 02 20

Total Hours: 24    At Scene Hours: 2.53

### Responders

Scott 1571: ___    Fedorowicz 1577: ✓    Standinger 1582: ___    Daniel 1586: ___
Okrasinski 1572: ✓    Donevan 1578: ___    Welch 1583: ___    Churchman 1590: ✓
Martinichio 1573: ___    M. Kemp 1580: ___    VanNordstrand 1584: ✓
Giltmeister 1576: ___    Hamilton 1581: ___    1585: ___

TCSD: _____    NYSP: ____    CPD: ____    NVPD: ___    OPD: _____    SPD: ____    WPD: ✓

Weather conditions affecting fire suppression or response: ____ None ___ Wind ___

Ice ___ Snow ____ Heat ___ Other/ explain_____

Response & Duty Log FI #1: 1572    Accidental Cause Review FI #6: 1572

Investigation Permit FI #2: ___✓    Fatal Fire Report FI #7: _____

Fire Fighter Interview FI #3: ___✓    Incident Report FI #8: 1572

Witness Interview FI #4: _____    Investigation Report FI #9: 1572

Fire Discoverer FI #4A: _____    Computer Input Data FI #10: _____

Owner/Occupant Interview FI #5: ✓    Property Documentation FI #13: _____

Spouse Interview FI #5: ___✓    Physical Evidence Gathered by: _____

Photo Log: 1577

Sketches by: 1584

Photos. Digital ✓    Video _____    Others: _____    PE. _____

Incident #: _____    Date of Investigation: _____

Incident Location: _2_ South Chemung St.  Waverly

Occupied by: _Two Sisters Restaurant_    Land or Build / Vehicle etc.

Owned by: _Tami Blow_
_Julie Trudeau_

Owner or Occupant's temporary location: _____
_____ Phone _____

Findings: _The kitchen fire started at a natural gas 3_
_burner grill. An aerosol can was found on the_
_shelf below the burner. Cause of the fire was a_
_BLEVE and ignition of propellant from the aerosal_
_can of soybean oil food release spray._

_____

Evidence Taken: (Yes) No   by: _Waverly PD_

| Description of Evidence: | Analysis Requested | Item # |
|---|---|---|
| | | #1 |
| | | #2 |
| | | #3 |
| | | #4 |
| | | #5 |
| | | #6 |
| | | #7 |

Evidence turned over to: _____   Time: _____   Date: _____

_T. O'Brzadonski_
Investigator

Date: _7-15-24_

Jurisdictional Department: _Beverly_  Officer in Charge: _Lt. Horne_

Other Fire Department's on scene: _____

☒ Mobile Home   N/A  X

Year: _____  Make: _____  Model #: _____

Length: _____  Width: _____  Serial # _____

## Statements Taken

|  | Written | Taped | Oral |  | Written | Taped | Oral |
|---|---|---|---|---|---|---|---|
| Owner | ✓ | | | Fire Discoverer | | | |
| Occupant | | | | Fire Fighter(s) | | | |
| Witnesses | | | | Others | | | |

## Evidence Information

Approximate number of Photo's Taken: _22_ by: _1577_

Video Taken:  Yes / (No)  by: _____

Sketch(s) Made by: _1577_

## Alarm Information

Alarm: _05:47_ hours  Day of Week: _SUN_   Investigators Requested: _0701_   Investigators Arrived: _07:20_

Alarm received by: _74_

Discovered by: _Jamie Miccio_

_____
Investigator

_7-13-14_
Date

D.     Gas Appliances (Other than Heating & Cooking)        Yes   No   Unknown
      Type of Gas?
     
     

E. Overheating of Machinery   Yes  (No)  Unknown
    1. Type?
    2. Make?              Model?          S/N?

F. Welding/Cutting Torches: Yes (No) Unknown

G. Careless storage/handling of Flammable Liquids or Associated Equipment: Yes (No) Unknown

H. Friction or Sparks: Yes (No) Unknown

I. Lightning: Yes (No) Unknown

J. Playing with Matches Yes (No) Unknown

K. Spontaneous Combustion _ Yes (No) Unknown

L. Ignition from Adjacent Fire _ Yes (No) Unknown

M. Smoking/Matches _ Yes (No) Unknown

N. Combustible Material near Heat Sources _ Yes (No) Unknown

O. Fireworks _ Yes (No) Unknown

P. Other -

_____         7-13-14
Investigator                      Date

Incident Number: _____

A. Heating Appliances: Yes No / Unknown

1. Furnace? _____ Wood Stove? _____ Space Heater? _____ Fireplace? _____

2. Fuel Door? _____ Correct fuel for Use? _____

3. Make? _____ Type? _____ Model _____ S/N? _____

4. Condition of Chimney? _____ Flue Pipe? _____

5. Heat Runs? _____ Other? _____

6. Hot Coals/Ashes? _____

B. Cooking Appliances _____ Yes No Unknown

1. Kitchen Range? _____ Fuel? _____

2. Hot Plate? _____ Fuel? _____

3. Other? GRiLL Thermo tek Fuel? ∅ Nat Gas _____

4. Controls/Burner Settings? - Left Rear 350° Right Rear 350° Left Front 350° Right Front 350°

Oven Setting _____ Other _____

5. Make? Thermo Tek Type? GRiLL Model TC60-60 TEN S/N? 14FO1a10C
   * Shut off by officer Sackett

C. Other Electrical Items _____ Yes No Unknown

1. Item? _____ Make? _____ Model? _____

2. Serial Number? _____ Control Setting? _____

3. Describe Damaged or Defective Wiring or Installation: _____

_____

_____

_____

_____

1584 + 1590
_____
Investigator

7-13-14
_____
Date

4 -28437　　　　　　7/3/14

Two Sisters Restaurant
2 N. Clemmy St  Morris

Tami Blow　　　　　25 owner
Julie Trudan

Adrian alow　-　Matthew Trudan

May 28th transfer of ownership June 1st

Jamie Miccio  injured employee

Partners agency

1 and 2 Akrasinki
2-13-14



Tami Blew/Julie Trudeau

14892

Service Type

Refrigerator:

8 lot of eggs, 30/flat
5 pound of turkey (2 lbs label (turkey))
5 pound of ham (2 lbs label (ham))
5 pound taco cheese (2 lbs to be fresh cheese)
1 pound cottage cheese (prepared)
1 pound can of sauerkraut (prepared)
1 5 pound of corn beef
1 5 pound of seafood
1 5 pound of blue cheese
5 pound of sausage patties
5 pound of ham salad
5 pound of egg salad.

Cooler ingredients...

salt pepper pickles

Demo Sheet #2 (cont.)
C. The Items:
3 lbs. of butter
5 lbs of bacon
5 lbs of Salami
3 lbs of fish cheese
1 gallon of Thousand Island dressing
5 lbs of Hamburger (Packages)

FOOD COURSE ... BEFORE RE-OPENING.
Katie Frisbee has taken course
www.tioga-county-ny.com

W-

Please call Gabe
from Sisters Family
Restaurant - Had an

incident

## WAVERLY VILLAGE POLICE DEPARTMENT
### 32 ITHACA STREET
### WAVERLY, NY 14892-
### (607)565-2836

Entry/CC#: **WV-020889-14**    Date: **07/13/2014**    Time: **05:44**    Tour:    1 Desk Officer: **1W03**

Call Type......: **ASSIST-OTHER**         Priority..: 1  How Received: **E911**
Orig Call Type: **FIRE**

Caller.....: **SISTERS FAMILY RES,**
Bus. Name..:
Address....: **2 N CHEMUNG**
City/St/Zip: **WAVERLY VILLAGE, NY**                        Call Back #: **565-2010**

Location of Assignment: 2 N CHEMUNG, WAVERLY VILLAGE
Cross Street..........:
Business Name.........:
Description..........: **KITCHEN FIRE WITH INJURIES**
Disposition..........: **ASSIGN COMPLETE**

Post: **WAV**    Dispatched: **Y**  Dispatched Date: **07/13/2014**    Call Taker: 591

### OFFICERS INVOLVED
Serial #: PRESD Rank: SGT Name: DAVID  PRESHUR
Serial #: SACKC Rank: PTL Name: CHAD  SACKETT
Serial #: GUILM Rank:     Name: WP GUILFORD, MIKE
Serial #: WESTB Rank:     Name: WP WEST, BRIAN
### UNITS INVOLVED
Unit:            Officers: ()
Disp. Time:  | Arv. Time:  | Comp Time:
Rcv'd to Comp: 00:00 :: Disp to Comp:  00:00
------------------------------------------------
Unit: 1W11           Officers: (SACKC)
Disp. Time: 05:45 | Arv. Time: 05:45 | Comp Time: 08:00
Rcv'd to Comp:  2:16 :: Disp to Comp:   2:15
------------------------------------------------
Unit: 1W12           Officers: (PRESD)
Disp. Time: 05:45 | Arv. Time: 05:45 | Comp Time: 07:41
Rcv'd to Comp:  1:57 :: Disp to Comp:   1:56
------------------------------------------------
Unit: 1W15           Officers: (GUILM,WESTB)
Disp. Time: 07:17 | Arv. Time: 07:17 | Comp Time: 08:00
Rcv'd to Comp:  2:16 :: Disp to Comp:   0:43

### ASSOCIATED NUMBERS

### PERSONS INVOLVED
Name..........: SISTERS FAMILY RES,        DOB: 01/01/1900
Address.......: 2 N CHEMUNG
City/State/Zip: WAVERLY VILLAGE, NY
Phone Number..: 565-2010
Sex...........:      Race:
Person Type...: CALLER

Name.........:MICCIO, JAMIE LYNN    DOB:09/04/1984
Address.......:
City/State/Zip:,
Phone Number..:
Sex..........:    Race:
Person Type...:VICTIM

Name.........:TRUDEAU, JULIE A    DOB:04/01/1979
Address.......:484 WAVERLY STREET
City/State/Zip:WAVERLY, NY 14892-
Phone Number..:
Mobile Number..:6072064274
Sex..........:    Race:
Person Type...:OWNER

Name.........:BLOW, TAMMI    DOB:  /  /
Address.......:33 FINCH STREET
City/State/Zip:LOWMAN, NY
Phone Number..:
Mobile Number..:6078572304
Sex..........:F    Race:

Name.........:SISTERS FAMILY RES,    DOB:01/01/1900
Address.......:2 N CHEMUNG
City/State/Zip:WAVERLY VILLAGE, NY
Phone Number..:565-2010
Sex..........:    Race:
Person Type...:CALLER

## NARRATIVE

Responded to the Sister's Family Restaurant, located at 2 North
Chemung Street, for a fire with injuries. When we arrived on the scene we
did find Jamie Lynn Miccio lying in the grass in the area where the old
tank use to be. She was lying on her back and she did have a cordless
phone with her. Observed that she did have third degree burns of the
face, arms lower legs and front belly area. Her hand were third degree
burns with possible second degree burn under each thumb area on the pad of
her hand. She was treated at the scene by GVEMS and taken to the RPH.
Later we learned she was to be transferred to Leigh Memorial which is down
by Scranton.  The only relevant conversation about the incident was that
she had pulled the Ansul Fire Suppression System before she left the
building.

1W03

Officer arrived on scene with 1W03 and found Miccio in the grassy area
just to the south of the Restaurant with obvious burns to her face, belly,
and all four extremities. Officer advised dispatch of ther injuries and
1W03 stayed with Miccio while this officer went inside the restaurant to
check on the fire.

Officer found the fire to be extinguished, however, all three burners

on the flat griddle were still set at 350 degrees. Officer turned all three
burners off and exited the building.

Officer advised Fire Chief Howard of Miccio's status and the status of
the fire. Through investigation, it was determined that there was a gas
buildup under the grill for reasons yet to be determined and the buildup
eventually ignited and did completely engulf Miccio's person as she was
stocking eggs into a refrigerator located directly in front of the grill.

Officer did obtain video surveillance as well as still photos of the
incident and scene. All were placed on the "W" drive under case file videos
and case file photos. Officer prepared a DVD of the video and photos and
provided it to Frank Osrisinski of the Tioga County Fire Investigation Team
whom was called in due to the severity of Miccio's injuries. CS #1W24//

Officers West and Guilford arrived on scene to relieve the two A-line
officers who briefed us on the incident.  At that point I had Officer
Guilford go and secure the kitchen entrance so no unauthorized persons
could enter the area, until it was cleared by the Fire Investigation Unit.

When the investigation team arrived on scene, they determined the cause of
the fire was from an aerosol can stored under the gas grill. The can of
Food Release Spray was photographed and taken by this officer for evidence.

After the scene was cleared by the investigation unit, the area was turned
over to the owners without incident.

Back at the office, we were met by Inv Frank Okrasinski who gave us a copy
of the fire investigation, which will be placed in the case file.  The can
of Food Release Spray was placed into evidence under tag# 6593 and placed
into locker # 10 in the evidence room.

The case file will be completed by the Sgt Preshur on his tour of duty.
BPW.

5

# TIOGA COUNTY FIRE INVESTIGATION TEAM
## FIRE INVESTIGATION RESULTS

Incident # _0 2 3 4 3 7_      Date of Investigation: _7-13-14_

Incident Location: _2 N. Clemeny St._   _Waverly_

Occupied by: _Two Sister Restaurant_ _____

_____   Date of Birth (mmddyy)

Owned by: _Tami Blow_ _____   _2-21-81_
          _Julie Trudan_ _____   _4-1-78_
                                        Date of Birth (mmddyy)

Owner or Occupant's temporary location: _____

_____ Phone _____

Findings: _The kitchen fire started at a natural gas 3_
_burner grill. An aerosol can was found on the_
_shelf below the burner. Cause of the fire was a_
_BLEVE and ignition of propellant from the aerosol_
_can of soybean oil food release spray_

_____

<u>Fire Cause:</u>  (Accidental)  Incendiary    Undetermined      Under Investigation

If the fire is determined to be ACCIDENTAL or UNDETERMINED, this document will be considered as
the final report from the investigation team, pending any further developments. If the fire is
determined to be INCENDIARY or UNDER INVESTIGATION; <u>THIS IS A CONFIDENTIAL PRELIMINARY
REPORT NOT FOR PUBLIC DISCLOSURE OR RELEASE TO THE NEWS MEDIA</u>. The Tioga County Fire
Coordinator's Office will periodically provide unclassified follow-up information regarding the status
of the incident if so requested. No classified information will be released that may jeopardize an
investigation in process. Media inquires should be directed to the Tioga County Sheriff's Department,
Criminal Investigation Division. Agencies requesting copies of the Tioga County Fire Investigation
Team reports should address their request's, in writing, to:

### TIOGA COUNTY BUREAU OF FIRE
### 103 Corporate Drive
### Owego, New York 13827
### 607 687-8467



# Waverly Barton On Scene Fire Report

**Run #:** 113

**Date:** 2-13-14    **Time Dispatched:** 5:44    **Time On Scene:** 5:50    **Time In Service:** 10:25

**Person / Entity Involved:** Sisson's

**Incident Address:** 2- Henri Chemung St

**Type Of Alarm:** Fire in Grill Alarm    **Action Taken:** Pit out

**\*\*\*\* If Structure Fire - Structure Fire Report Must be Filled Out \*\*\*\***

**Was Mutual Aid Requested - Yes Or No?** No    **If Yes Who:**

**Specific Use:**

**Brief Description Of Incident Or Other Information:** Report fire in grill Area. Fire Report found

T.O.F.I. Team,

**\*\*\*\* Fill In Section Below For Vehicle Fires Only \*\*\*\***

**Year Of Vehicle:**    **Make Of Vehicle:**    **Type Of Vehicle:**

**Area Of Origin:**

**Cause Of Ignition:**

**Brief Description Of Incident Or Other Information:**

6

PAID

12/10   6,465.82
12/10   + 1,368.39
8191   — 136839

6/30/14

**EPIC INDUSTRIES**
1007 JERSEY AVENUE
NEW BRUNSWICK, NJ 08901

TO:   **KECKS FOOD SERVICE**
2796 ROUTE 328
MILLERTON, PA 16936
ATTENTION DON STUART
ORDER NUMBER 253148
P.O. 82185

NET 30 DAYS

| DATE | 6/13/2014 |
|---|---|
| INVOICE | 709892 |

| QTY | DESCRIPTION | Item # | Size | List Price | Savings % | Net Price | Amount | Total Savings |
|---|---|---|---|---|---|---|---|---|
| 50 | Kecks Food Release Spray | KF-1312 | 6/16oz | $24.34 | 15% | $20.69 | $1,034.45 | $182.55 |
| 36 | EC-50 Low Temp Sanitizer | EC-776 | 5 Gal | $22.83 | 20% | $18.10 | $651.74 | $162.94 |
| 36 | Kecks Low Temp Rinse | KF-012 | 5 Gal | $59.29 | 20% | $47.43 | $1,707.55 | $426.89 |
| 6 | Pivot | EC-305 | 5 Gal | $78.65 | 15% | $66.85 | $401.12 | $70.79 |
| 2 | CS*BARFOAM 2/1 GAL | EP419-2 | 2/1 GAL | $21.54 | 15% | $18.31 | $36.62 | $6.46 |
| 2 | PL LDRY WHITE | EP516N-5 | 50#PL | $27.85 | 15% | $23.67 | $47.35 | $8.36 |
| 12 | Swell Sanitabs | EP-409 | 6/100 | $31.42 | 20% | $25.14 | $301.63 | $75.41 |
| 12 | CS SUPER KLEEN LAUND. DE | BT013-4 | 4/1 GAL | $29.35 | 15% | $24.95 | $299.37 | $52.83 |
| 4 | Fury Germicidal | EP-722 | 2/1 Gal | $16.67 | 15% | $14.08 | $56.34 | $9.94 |
| 3 | Swell Oven/Grill | EP-1307 | 6/18.oz | $23.13 | 15% | $19.66 | $58.98 | $10.41 |
| 2 | Sparkleen(Non-Ammon) | EP-1304N | 12/19oz | $27.44 | 15% | $23.32 | $46.65 | $8.23 |
| 10 | Swell S/S Cleaner | EP1306 | 6/15.6oz | $26.66 | 15% | $22.58 | $225.76 | $39.84 |
| 2 | Kecks Premium Blue Pot/Pan | KF-011B | 5 Gal | $34.92 | 20% | $27.94 | $55.87 | $13.97 |
| 5 | X-TRA Rinse Fluid | EC-311 | 5 Gal | $87.81 | 15% | $74.64 | $373.19 | $65.86 |
| 2 | Royal Blue Pot&Pan Detergent | EP-1107 | 12/32oz | $36.12 | 15% | $30.70 | $61.40 | $10.84 |
| 7 | Kecks Antibac Hand Soap | KF805-6 | EA | $43.51 | | $38.09 | $266.63 | $72.94 |
| 5 | CS REDEEM | EC 309-2 | 2/1 GAL | $21.76 | 20% | $17.41 | $87.04 | $21.76 |
| 4 | Dial | EP-679 | 2/1 Gal | $25.09 | 20% | $20.07 | $80.29 | $20.07 |
| 7 | AVATAR #4 | AV794-64 | 4-1/2G | $43.18 | 15% | $36.70 | $256.92 | $45.34 |
| 4 | AVATAR #2 | AV792-64 | 4-1/2G | $43.51 | 15% | $36.98 | $147.93 | $26.11 |
| 2 | AVATAR #1 | AV791-64 | 4-1/2G | $50.75 | 15% | $43.14 | $86.28 | $16.23 |

EPIC INDUSTRIES
1007 JERSEY AVENUE
NEW BRUNSWICK, NJ 08901

TO: KECKS FOOD SERVICE
2796 ROUTE 328
MILLERTON, PA 16936
ATTENTION DON STUART
ORDER NUMBER 2533200
P.O. 82280

NET 30 DAYS

DATE 6/29/2014
INVOICE 709950

| QTY | DESCRIPTION | Item # | Size | List Price | Savings % | Net Price | Amount | Total Savings |
|---|---|---|---|---|---|---|---|---|
| 52 | 56 Kecks Food Release Spray | KF-1312 | 6/16oz | $24.34 | 15% | $20.69 | $1,034.45 | $182.55 |
| 2 | Vial-CHL Test Strips | EP121 | EA | $8.80 | | $8.80 | $17.60 | $0.00 |
| 36 | Kecks Liq MDC | KF-004 | 5 Gal | $57.08 | 20% | $45.66 | $1,643.90 | $410.98 |
| 4 | CS GUARDALL | EP 705-2 | 2/1 GAL | $22.44 | 15% | $19.07 | $76.30 | $13.46 |
| 4 | Pivot | EC-306 | 5 Gal | $78.65 | 15% | $66.85 | $267.41 | $47.19 |
| 2 | CS*BARFOAM 2/1 GAL | EP419-2 | 2/1 GAL | $21.54 | 15% | $18.31 | $36.62 | $6.46 |
| 12 | Swell Sanitabs | EP-409 | 6/100 | $31.42 | 20% | $25.14 | $301.63 | $75.41 |
| 14 | Swell Oven/Grill | IEP-1307 | 6/18.oz | $23.13 | 15% | $19.66 | $275.25 | $48.57 |
| 4 | Sparkleen(Non-Ammon) | EP-1304N | 12/19oz | $27.44 | 15% | $23.32 | $93.30 | $16.46 |
| 7 | Swell S/S Cleaner | EP1306 | 6/15.5oz | $26.56 | 15% | $22.58 | $158.03 | $27.89 |
| 4 | CS PINK LOTION | BT 010-4 | 4/1 GAL | $24.83 | 15% | $21.11 | $84.42 | $14.90 |
| 4 | Glide A.P.C. Concentrate | EP-710 | 4/1 GAL | $37.35 | 15% | $31.75 | $126.99 | $22.41 |
| 1 | Blockbuster III-C | EC-379-C | 4/9 lbs. | $71.66 | 15% | $60.91 | $60.91 | $10.75 |
| 2 | Kecks Premium Blue Pot/Pan | KF-011B | 5 Gal | $34.92 | 20% | $27.94 | $55.87 | $13.97 |
| 2 | Focus | EPC-22 | 2/1 Gal | $37.35 | 15% | $31.75 | $63.50 | $11.21 |
| 4 | X-TRA Rinse Fluid | EC-311 | 5 Gal | $87.81 | 15% | $74.64 | $298.55 | $52.69 |
| 10 | Black Kecks Cabinet | KF-808 CE | EA | $2.47 | | $2.00 | $20.00 | $4.70 |
| 10 | Kecks Antibac Hand Soap | KF805-6 | EA | $48.51 | | $38.09 | $380.90 | $104.20 |
| 1 | CS*RTU SANTIZER | EP720-6/2 | 6/22 OZ | $19.61 | | $16.67 | $16.67 | $2.94 |
| 18 | CS REDEEM | EC 309-2 | 2/1 GAL | $21.76 | 20% | $17.41 | $313.34 | $78.34 |
| 9 | Dical | EP-679 | 2/1 Gal | $25.09 | 20% | $20.07 | $180.65 | $45.16 |

EPIC INDUSTRIES
1007 JERSEY AVENUE
NEW BRUNSWICK, NJ 08901

TO: KECKS FOOD SERVICE
2796 ROUTE 328
MILLERTON, PA 16936
ATTENTION DON STUART
ORDER NUMBER 253272
P.O. 82495

NET 30 DAYS

DATE 7/8/2014
INVOICE 710037

| QTY | DESCRIPTION | Item # | Size | List Price | Savings % | Net Price | Amount | Total Savings |
|---|---|---|---|---|---|---|---|---|
| 50 | Kecks Food Release Spray | KF-1312 | 6/16oz | $24.34 | 15% | $20.69 | $1,034.45 | $183.55 |
| 3 | Vial-QUAT Test Strips | EP120 | EA | $8.80 | | $8.80 | $26.40 | $0.00 |
| 36 | Kecks Liq MDC | KF-004 | 5 Gal | $57.08 | 20% | $45.66 | $1,643.90 | $410.98 |
| 96 | Kecks Oven/Grill Clnr | KF-414 | 2/1 Gal | $21.62 | 15% | $18.38 | $1,764.19 | $311.33 |
| 3 | Kecks Low Temp Rinse | KF-012 | 5 Gal | $59.29 | 20% | $47.43 | $142.30 | $35.57 |
| 4 | CS GUARDALL | EP 705-2 | 2/1 GAL | $22.44 | 15% | $19.07 | $76.30 | $13.46 |
| 1 | Drainace | EP-426 | 5 Gal | $75.84 | 15% | $64.46 | $64.46 | $11.38 |
| 10 | CS SUPER KLEEN LAUND. DET | BT013-4 | 4/1 GAL | $29.35 | 15% | $24.95 | $249.48 | $44.03 |
| 2 | Snap Bowl Cleaner | EP-715 | 12/32oz | $34.60 | 15% | $29.41 | $58.82 | $10.38 |
| 5 | Swell Oven/Grill | EP-1307 | 6/18.oz | $23.13 | 15% | $19.66 | $98.30 | $17.35 |
| 5 | Swell S/S Cleaner | EP1306 | 6/15.5oz | $26.56 | 15% | $22.58 | $112.88 | $19.92 |
| 9 | CS PINK LOTION | BT 010-4 | 4/1 GAL | $24.83 | 15% | $21.11 | $189.95 | $33.52 |
| 2 | Glide A.P.C. Concentrate | EP-710 | 4/1 Gal | $37.35 | 15% | $31.75 | $63.50 | $11.21 |
| 2 | Focus | EPC-22 | 2/1 Gal | $37.35 | 15% | $31.75 | $63.50 | $11.21 |
| 1 | SOLID BLOCKBUSTER M | EPS 231-4/8 | 4/8 LBS | $68.09 | 15% | $57.88 | $57.88 | $10.21 |
| 2 | Swell FurniturePolish | EP1305 | 12/19oz | $41.58 | 15% | $35.34 | $70.69 | $12.47 |
| 10 | Black Kecks Cabinet | KF-808 CB | EA | $2.47 | | $2.00 | $20.00 | $4.70 |
| 10 | Kecks Antibac Hand Soap | KF805-6 | EA | $44.51 | | $38.09 | $380.90 | $104.20 |
| 4 | CS REDEEM | EC 309-2 | 2/1 GAL | $21.76 | 20% | $17.41 | $69.63 | $17.41 |
| 6 | Dical | EP-879 | 2/1 GAL | $25.09 | 20% | $20.07 | $120.43 | $30.11 |
| 6 | CS*E Z SUDS 2/1GAL | EP707-2 | 2/1 GAL | $21.40 | 15% | $18.19 | $109.14 | $19.26 |

*12/10  5772.27*
*12/10 + 1177.05*
*8/91  -1177.05*

**PAID**

**EPIC INDUSTRIES**
1007 JERSEY AVENUE
NEW BRUNSWICK, NJ 08901

TO: KECKS FOOD SERVICE
2795 ROUTE 328
MILLERTON, PA 16936
ATTENTION DON STUART
ORDER NUMBER 253372
P.O. 82724

NET 30 DAYS

| | DATE |
|---|---|
| | 7/18/2014 |
| INVOICE | |
| 710120 | |

| QTY | DESCRIPTION | Item # | Size | List Price | Savings % | Net Price | Amount | Total Savings |
|---|---|---|---|---|---|---|---|---|
| 50 | Kecks Food Release Spray | KF-1312 | 6/16oz | $24.34 | 15% | $20.69 | $1,034.45 | $182.55 |
| 36 | EC-60 Low Temp Sanitizer | EC-776 | 5 Gal | $22.63 | 20% | $18.10 | $651.74 | $162.94 |
| 96 | Kecks Degreaser | KF-8508 | 2/1 Gal | $16.78 | 15% | $14.26 | $1,369.25 | $241.63 |
| 2 | Swell Low Temp Rinse | BT012 | 5 Gal | $59.29 | 20% | $47.43 | $94.86 | $23.72 |
| 3 | Sort Silver Pre-Soak | EC-208 | 4/9 lbs. | $75.96 | 15% | $64.57 | $193.70 | $34.18 |
| 15 | CS SUPER KLEEN LAUND. DE | BT013-4 | 4/1 GAL | $29.35 | 15% | $24.95 | $374.21 | $66.04 |
| 9 | Swell S/S Cleaner | EP1306 | 6/15.5oz | $26.56 | 15% | $22.58 | $203.18 | $35.86 |
| 1 | Focus | EPC-22 | 2/1 Gal | $37.35 | 15% | $31.75 | $31.75 | $5.60 |
| 22 | Kecks Antibac Hand Soap | KF805-6 | EA | $48.51 | @15% | $38.09 | $837.98 | $229.24 |
| 1 | AVATAR #3 | AV93-64 | 4-1/2G | $45.76 | 15% | $38.90 | $38.90 | $6.86 |
| 2 | AVATAR #2 | AV92-64 | 4-1/2G | $43.51 | 15% | $36.98 | $73.97 | $13.05 |
| 8 | PRINTED QT BTLS & SPRAYE | QBWS | | $2.42 | | $2.06 | $16.48 | $2.88 |
| 3 | CS AVATAR 1 POT/PAN | AV91-64 | 4-1/2G | $50.76 | 15% | $43.14 | $129.41 | $22.84 |
| 5 | CS GRN ESS STEP AHEAD | EP714-4 | 4/1 GAL | $67.37 | 15% | $57.26 | $286.32 | $50.53 |
| 2 | PL LDRY WHITE | EP516W-5 | 50#PL | $27.86 | 15% | $23.67 | $47.35 | $8.36 |
| 12 | Swell Sanitabs | EP-409 | 8/100 | $31.42 | 20% | $25.14 | $301.63 | $75.41 |
| 1 | CS*RTU SANTIZER | EP726-6/22 | 6/22 OZ | $19.61 | $1.00 | $18.67 | $16.67 | $2.94 |
| 5 | Fury Germicidal | EP-722 | 2/1 GAL | $16.57 | 15% | $14.08 | $70.42 | $12.43 |
| | TOTAL | | | | | | $5,772.27 | $1,177.05 |

7

KECK'S FOOD SERVICE
INVOICE INQUIRY SORTED BY CUSTOMER

Date range: 01/01/2014 to 12/31/2014

| CUSTOMER | TAX | INV # PROD# | SIZE PRIC/UNT | BRAND WGT/UNIT | DESCRIPTION POV LOV COM | DATE | TRUCK PNTS | STA DEPT | CAT | QTY | EXTENSION ENTERED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 44290 SISTERS FAMILY REST NCA | | 470410A130310 | CAS 6/160Z | KECKS | OIL RELEASE FOOD SPRAY | 07-120 | 48 | | | 1 | 32.99 |
| 5  AIM PRICING | 1 | 560535 | $32.99 | | | 07/03/2014 | 1 | 1 | | | *RAVEN-O |
| subtotals | | | 32.99 | | | | | | | | 32.99 |
| Total Orders: | | | | | Cases: | | | | | 1 | 1 B/C: |

| TOTALS | TAX | | PRC/UNT | WEIGHT | | | | QUANTITY | | | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0.00 | | 32.99 | | | | | 1 | | | 32.99 |



General    Defaults    Input

130310 CAS 6/16OZ SWELL OIL RELEASE FOOD SPRAY

Product Inquiry - Pricing|Product Inquiry - Inventory Prod

Last Sale        3/25/2015
MTD Sales Units                              96   YTD Sales Units
MTD Sales Dollars              $3,081.16   YTD Sales Dollars
MTD Drop-Ship Units                          0   YTD Drop-Ship Uni
MTD Drop-Ship Dollars              $.00   YTD Drop-Ship Dol

Monthly Sales Units

|     | P1  | P2  | P3  | P4  | P5  |
|-----|-----|-----|-----|-----|-----|
| Cu  | 111 | 94  |     |     |     |
| Pr  | 104 | 95  | 150 | 133 | 126 |

|     | P8  | P9  | P10 | P11 | P12 |
|-----|-----|-----|-----|-----|-----|
| Cu  |     |     |     |     |     |
| Pr  | 126 | 169 | 147 | 101 | 120 |

OK      Cancel

A KECK'S FOOD SERVICE                         BRIAN KECK

Start    (PRDINQ) 130310 CAS...

**Brian H. Keck**
**President - CEO**
**Keck's Food Service Inc.**
2796 Route 328
Millerton Pa, 16936
1-570-537-2515 ext 212
1-570-537-3473 Fax
bkeck@kecksfoodservice.com
www.kecksfoodservice.com

2

9

## TRADE NAME: KECK'S FOOD RELEASE
## # KF 1312

## SECTION I - IDENTIFICATION

COMPANY NAME...............................EPIC INDUSTRIES
COMPANY ADDRESS...........................1007 JERSEY AVENUE
...............................................NEW BRUNSWICK, NJ 08901
TELEPHONE NUMBER.........................1 (800) 221-3742
EMERGENCY PHONE #.......................1 (800) 255-3924 CHEM-TEL, INC.
PRODUCT HAZARD RATINGS: HEALTH=0, FIRE=4, REACTIVITY=0
PROTECTIVE EQUIPMENT: B(HMIG)
RATINGS LEGEND: 4=EXTREME, 3=SERIOUS, 2=MODERATE, 1=SLIGHTLY, 0=MINIMAL

## SECTION II - HAZARDOUS INGREDIENTS

| HAZARDOUS COMPONENTS | HAZARDOUS% | TLV | PEL | CAS# |
|---|---|---|---|---|
| HYDROCARBON PROPELLANT | 35 | 1000PPM | 1000 | 68476-85-7 |
| NON HAZARDOUS INGREDIENTS | BALANCE | | | |

UNIDENTIFIED INGREDIENTS ARE NOT CONSIDERED HAZARDOUS UNDER THE FEDERAL HAZARD COMMUNICATION STANDARD (29 CFR 1910.1200)

## SECTION III - PHYSICAL DATA

BOILING POINT.....(F).....NA          FREEZING POINT (F)...NA
VOLATILITY/VOL (%)....35%          VAPOR PRESSURE....NA
SOLUBILITY IN H2O......NEGLIGIBLE          SPECIFIC GRAVITY 2O=1).76
EVAPORATION RATE(BUAC=1) SLOWER PH......NE
APPEARANCE/ODOR.....DRY, MISTY SPRAY, SLIGHT FOAMING ON SURFACE. OILY ODOR.

## SECTION IV - FIRE AND EXPLOSION HAZARD DATA

FLASH POINT....NE
FLAMMABLE LIMITS..PROPELLANT          LOWER FLAME LIMIT...2.3 HIGHER FLAME LIMIT...9.5
EXTINGUISH MEDIA.....DRY CHEMICAL. CO2
FOR FIRE.....KEEP CONTAINERS COOL. USE EQUIPMENT OR SHIELDING AS REQUIRED TO PROTECT PERSONNEL AGAINST BURSTING, RUPTURING OR VENTING CONTAINERS.
UNUSUAL FIRE HAZARD... CONTAINERS MAY VENT, RUPTURE OR BURST AT ELEVATED TEMPERATURES. (OVER 54C - 130F)

## SECTION V - HEALTH HAZARD DATA

OVEREXPOSURE EFFECTS....INHALATION MAY CAUSE DIZZINESS. DROWSINESS AND THROAT IRRITATION. EYE CONTACT MAY BE IRRITATING. SKIN CONTACT MAY CAUSE SLIGHT REDNESS, INGESTION OR AEROSOLS IS NOT A LIKELY ROUT, HOWEVER, PRODUCT IS OF LOW TOXICITY.

**FIRST AID PROCEDURES:**
EYES.....IN CASE OF EYE CONTACT FLUSH EYES WITH LARGE AMOUNTS OF WATER FOR AT LEAST 15 MINUTES WHILE HOLDING THE EYELIDS OPEN. GET PROMPT MEDICAL ATTENTION.
SKIN;...FLUSH WITH LARGE AMOUNTS OF WATER. IF IRRITATION PERSISTS SEEK MEDICAL ATTENTION. REMOVE CONTAMINATED CLOTHING. WASH BEFORE REUSE.
INHALATION.....IF UNCONSCIOUS, REMOVE VICTIM TO FRESH AIR AND CALL A PHYSICIAN.
INGESTION.....CONTAINS PETROLIUM DISTILLATES, DO NOT INDUCE VOMITING, CALL PHYSICIAN IMMEDIATELY.

## SECTION VI - REACTIVITY DATA

STABLITY...... STABLE
INCOMPATIBLE MATERIALS...NONE KNOWN
DECOMPOSITION PRODUCTS....CONTACT LOCAL POISON CONTROL CENTER IMMEDIATELY

## SECTION VII- SPILL OR LEAK PROCEDURE

PROCEDURES.....SOAK UP WITH ABSORBENT MATERIALS AND DISPOSE AS OILY RAGS.  AVOID EXCESSIVE SKIN CONTACT OR BREATHING OF VAPORS.
WASTE DISPOSAL METHOD.....DO NOT PUNCTURE OR INCINERATE CONTAINERS. GIVE EMPTY LEAKING OR FULL CONTAINERS TO A DISPOSAL SERVICE EQUIPPED TO SAFELY HANDLE AND DISPOSE OF PRESSURIZED CONTAINERS.

## SECTION VIII- SPECIAL PROTECTION

RESPIRATORY PROTECTION.... NONE UNDER NORMAL USE. AVOID BREATHING VAPORS.
EYEWEAR.... SAFETY GOGGLES ARE WITH SIDE SHIELD RECOMMENDED.
VENTILATION.... LOCAL EXHAUST: PREFERRED MECHANICAL (GENERAL): SHOULD BE ON WHEN SPRAYING.
CLOTHING/PROTECTIVE GLOVES.... RUBBER GLOVES MAY BE USED IF SKIN IS SENSITIVE.

## SECTION IX - SPECIAL PRECAUTIONS

DO NOT STORE WHEN TEMPERATURES COULD EXCEED 54C (130F)

## SECTION X - TRANSPORTATION (D.O.T. CLASSIFICATION)

SHIPPING NAME = CONSUMER COMMODITY     HAZARD CLASS = ORM-D

APPROVAL     LAURENCE Y. LIOU          TECHNICAL DIRECTOR     10/15/08
                    NAME                       TITLE               DATE

THE INFORMATION CONTAINED HEREIN HAS BEEN DEVELOPED BASED UPON CURRENT AVAILABLE SCIENTIFIC DATA. NEW INFORMATION MAY BE DEVELOPED FROM TIME TO TIME WHICH MAY RENDER THE CONCLUSION OF THIS REPORT OBSOLETE. THEREFORE, NO WARRANTY IS EXTENDED AS TO APPLICABILITY OF THIS INFORMATION TO THE USERS INTENDED PURPOSE OR FOR THE CONSEQUENCES OF ITS USE OR MISUSE.

NA-NOT APPLICABLE    NE-NOT ESTABLISHED  UN-UNAVALABLE